# Court of Appeals
# of the State of Georgia

ATLANTA, March 22, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1327. TONY L. WARE et al. v. C. R. ASSET GROUP, LLC.**

This case originated as a dispossessory action in magistrate court, but was later transferred to superior court. The superior court issued an order granting C. R. Asset Group's motion to compel payment of rent into the court registry and denying Tony and Reginald Ware's motion to dismiss the dispossessory proceedings. The Wares have filed a notice of appeal. We, however, lack jurisdiction.

The denial of a motion to dismiss is an interlocutory order that may be appealed only through the interlocutory appeal procedure. See OCGA § 5-6-34 (b). Likewise, an order compelling payment of rent into the court registry is not a final order because the dispossessory action remains pending below. See *Rivera v. Housing Auth. of Fulton County*, 163 Ga. App. 648 (295 SE2d 336) (1982). Thus, the Wares were required to follow the procedures for interlocutory review as set forth in OCGA § 5-6-34 (b). See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Gray v. Springs*, 224 Ga. App. 427, 427 (481 SE2d 3) (1997). Their failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/22/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.